**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


**ERIC C. BURGIE**                                                                   **PLAINTIFF**
**ADC #120956**

**VS.**                                              **5:07CV0008**

**LARRY NORRIS, et al**                                                        **DEFENDANTS**


## ORDER

Pending is Plaintiff's motion to appeal the Order of Magistrate Judge H. David Young

denying Plaintiff's motion to compel discovery (docket # 22).

The Court has reviewed the pleadings and papers along with the Order of Judge Young

about which Plaintiff complains. The Court finds the Order of Judge Young to be well reasoned

based upon the law and the facts. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED this 6th day of September, 2007.


James M. Moody
United States District Judge