IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE,
ADC #120956                                                                                          PLAINTIFF

v.                                      5:07CV00008 JMM/HDY

LARRY NORRIS, et al.                                                                       DEFENDANTS

## ORDER

The Court has received proposed partial findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants Norris, Harris, Luckett, Hobbs, Compton, and Hurst are hereby DISMISSED from plaintiff's complaint.

IT IS SO ORDERED this 19th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE