IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE,
ADC #120956                                                                                          PLAINTIFF

5:07CV00008 JMM/HDY

LARRY NORRIS, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for preliminary injunction (DE #52) is hereby DENIED.

IT IS SO ORDERED this 2nd day of January 2008.

_____
UNITED STATES DISTRICT JUDGE