# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ERIC BURGIE,**
**ADC#120956**                                              **PLAINTIFF**

**V.**                          **5:07CV00008 HDY**

**LARRY NORRIS, et al.**                              **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Pending is Plaintiff's Motion for Reconsideration of the January 9, 2008 Order of United States Magistrate Judge H. David Young. In this Order, Judge Young denied Plaintiff's motion for issuance of subpoena for certain witnesses and Plaintiff's motion to compel. For the reasons set forth by Judge Young in his January 9, 2008 Order, Plaintiff's Motion for Reconsideration (Docket # 85) is DENIED.

IT IS SO ORDERED this 22nd day of January 2008.

_____
James M. Moody
United States District Judge