IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE,
ADC #120956                                                                                          PLAINTIFF

5:07CV00008BSM/HLJ

LARRY NORRIS, et al.                                                                           DEFENDANTS

ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the court adopts them in their entirety.

Accordingly, IT IS, THEREFORE, ORDERED that the motion to withdraw, filed by plaintiff's court-appointed attorney (Doc. No. 111), is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to voluntarily dismiss this action (Doc. No. 110) is hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 5th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE