IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC BURGIE,
ADC #120956                                                                                  PLAINTIFF

5:07CV00008BSM/HLJ

LARRY NORRIS, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE